IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTER LITES and JESSE LITES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUMBULL INSURANCE COMPANY | : | NO. 12-4167 |

O R D E R

AND NOW, this 24th day of October, 2013, upon consideration of the Motion for Summary Judgment filed by defendant, Trumbull Insurance Company, the Answer thereto of plaintiffs, Esther Lites and Jesse Lites, and defendant's reply brief, for reasons explained in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

IT IS FURTHER HEREBY ORDERED that:

1. JUDGMENT is entered in Favor of Defendant and Against Plaintiffs;

2. The Clerk of Court shall mark this action CLOSED for statistical purposes.

BY THE COURT:


s/   L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE